**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00840-CV

### HASSAN ALIZAZA, Appellant

### V.

### DALLAS COUNTY ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX 11-31958**

## ORDER

The clerk's record in this case is overdue. By postcard dated June 27, 2014, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk and to all parties.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE